UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR HUBERT MEYER, III,<br><br>Defendant. | Case No. 1:18-cr-00350-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Arthur Meyer's Motion to Reduce Sentence Pursuant to 18 U.S.C. 3582(c)(1)(A)(i). Dkt. 30. The Government filed a Motion to Dismiss Meyer's motion for failure to exhaust administrative remedies. Dkt. 32. For the reasons that follow the Court will grant the Government's motion and deny Meyer's motion without prejudice.

## BACKGROUND

On July 15, 2019, Meyer was sentenced to 120 months incarceration for possession with intent to distribute methamphetamine. Dkt. 26. Meyer is currently incarcerated at FCI Sheridan.

In his motion Meyer alleges that he submitted his compassionate release

request to the Warden on June 27, 2020. The Government states that as of January 25, 2020, the Bureau of Prisons has no record of Meyer's petition for compassionate release. Meyer did not attach a copy of his request to the Warden to his motion.

## ANALYSIS

Meyer seeks compassionate release under 18 U.S.C. 3582(c)(1)(A). To grant compassionate release, a district court must, as a threshold matter, determine whether a defendant has exhausted his or her administrative remedies. *Id*. The statute provides, in relevant part, that a court

> [...] upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment[...]

18 U.S.C. § 3582(c)(1)(A).

The requirement that an inmate petition the Warden for compassionate release is mandatory. Under the statute, the 30-day clock does not start running until the Warden has received the petition. Because the Warden has not received Meyer's petition for compassionate release, Meyer has not exhausted his administrative remedies. Therefore, the Court will grant the Government's motion to dismiss and deny Meyer's motion without prejudice. Meyer may refile his

**MEMORANDUM DECISION AND ORDER - 2**

motion after exhausting his remedies as required by the statute.

## ORDER

**IT IS ORDERED** that

1. The Government's Motion to Dismiss (Dkt. 32) is GRANTED.

2. Meyer's Motion for Compassionate Release (Dkt. 30) is DENIED without prejudice.

DATED: February 5, 2021

*B. Lynn Winmill* (signature)

B. Lynn Winmill
U.S. District Court Judge